IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) NO. 08-mc-00026-JPG |
| | ) |
| | ) |
| **JOSEPH L. McDANIEL,** | ) |
| | ) |
| **Defendant.** | ) |

### JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:   February 2, 2012

                                          **NANCY ROSENSTENGEL, Clerk of Court**

                                          **BY:s/Deborah Agans, Deputy Clerk**

**APPROVED:**   s/J. Phil Gilbert
                      **J. PHIL GILBERT**
                      **U. S. DISTRICT JUDGE**